UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and BMG MUSIC, a New York general partnership,<br><br>    Plaintiffs,<br><br>v.<br><br>MARIA J. MALDONADO,<br><br>    Defendant. | Case No. 1:08-cv-00387-JM<br><br>The Hon. James R. Muirhead |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "By Your Side," on album "Lovers Rock," by artist "Sade" (SR# 298-354);
- "Always Be My Baby," on album "Daydream," by artist "Mariah Carey" (SR# 215-243);
- "Hero," on album "Music Box," by artist "Mariah Carey" (SR# 178-631);
- "2 Become 1," on album "Spice," by artist "Spice Girls" (SR# 201-276);

- "The Power of Love," on album "The Colour of My Love," by artist "Celine Dion" (SR# 191-558);
- "All By Myself," on album "Falling Into You," by artist "Celine Dion" (SR# 224-159);
- "My Maria," on album "Borderline," by artist "Brooks & Dunn" (SR# 218-735);
- "Azul," on album "Azul," by artist "Cristian" (SR# 215-047);
- "Underneath Your Clothes," on album "Laundry Service," by artist "Shakira" (SR# 306-496);
- "Sorry for Love," on album "A New Day Has Come," by artist "Celine Dion" (SR# 311-366);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: March 3, 2009

By: _/s/ James R. Muirhead_
Hon. James R. Muirhead
United States District Judge